IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01054-RPM-CBS

CHS INC., formerly known as CENEX HARVEST STATES COOPERTIVES,

    Plaintiff,

v.

ANDRZEJ J. SZADZINSKI and
MARGARET SZADZINSKI,

    Defendants.

---

## ORDER FOR STATUS REPORT

---

    This civil action was filed on June 10, 2005 , and has been at issue since August 5, 2005.  On October 24, 2005, the defendants filed a Notice of Chapter 7 Bankruptcy Filing.  Nothing further has been filed.  It is therefore

    ORDERED that the parties shall file a status report with this Court on or before March 23, 2007.

    Dated: March 14th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge