IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01054-RPM-CBS

CHS INC., formerly known as CENEX HARVEST STATES COOPERTIVES,

    Plaintiff,

v.

ANDRZEJ J. SZADZINSKI and
MARGARET SZADZINSKI,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to Defendants' Status Report [16] filed on March 16, 2007, and Plaintiff's Status Report [26] filed on September 12, 2007, it is

ORDERED that this action is dismissed.

Dated: September 13th, 2007

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge